UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>v.<br><br>ARQUIMIDES PONCE SANCHEZ,<br><br>    Defendant. | Case No. 17-cr-00222-EXE-2<br><br>**ORDER RE RELEASE OF PROPERTY**<br>Re: Dkt. No. 88 |

On June 15, 2017, an Order Setting Conditions of Release and Appearance Bond in the amount of $75,000 to be secured by property was filed on behalf of defendant Arquimides Ponce Sanchez (ECF 17.) On June 5, 2017, receipt #54611016913 was issued to Icela Sandoval for real property posted to secure the bond.

On December 7, 2018, an Order and Judgment on Bond in the sum of $75,000, plus interest was filed in favor of the United States and against Defendant and the sureties Villanueva and Lupe Fernandez (ECF 85). On January 8, 2019, receipt #54611017870 (ECF 86) was issued to Icela Sandoval in the amount of $75,000 for payment of the judgment on the bond.

Therefore, IT IS HEREBY ORDERED that the appearance bond shall be deemed exonerated. Any real property shall be returned to the owner(s).

**IT IS SO ORDERED.**

Dated: 11/4/2019

SUSAN VAN KEULEN
United States Magistrate Judge